

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00757-CV

Michael **TATSCH**,
Appellant

v.

**CHRYSLER GROUP, LLC**
and Infinity County Mutual Insurance Company,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED in part and REVERSED and REMANDED in part. Specifically, the trial court's no evidence summary judgment in favor of appellee Chrysler Group, LLC with regard to appellant Michael Tatsch's implied warranty claim is AFFIRMED. The trial court's no evidence summary judgment in favor of appellee Chrysler Group, LLC as to appellant Michael Tatsch's express warranty claim is REVERSED and the claim is REMANDED to the trial court for further proceedings consistent with this court's opinion.

The trial court's traditional summary judgment in favor of appellee Infinity County Mutual Insurance Company is REVERSED because it did not address appellant Michael Tatsch's claims against appellee Infinity County Mutual Insurance Company. The trial court's no evidence summary judgment in favor of appellee Infinity County Mutual Insurance Company with regard to appellant Michael Tatsch's claims based on sections 541.060(a)(2), (3), and (8) of the Texas Insurance Code is AFFIRMED. The trial court's no evidence summary judgment in favor of appellee Infinity County Mutual Insurance Company with regard to appellant Michael Tatsch's claim based on section 541.060(a)(7) of the Texas Insurance Code is REVERSED and that claim is REMANDED to the trial court for further proceedings consistent with this court's opinion.

We order that each party bear its own costs of appeal.

SIGNED December 3, 2014.

_Marialyn Barnard_